David R. McNamara, # 133302
Christina M. Cusimano, # 258627
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:      (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant
THE PERMANENTE MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN HALL,<br><br>         Plaintiff,<br><br>   v.<br><br>KAISER PERMANENTE; PHYSICIAN'S MEDICAL GROUP, INC., and DOES 1 through 10, inclusive,<br><br>         Defendants. | District Court Case No.: 1-10-CV-01103-LJO-DLB<br><br>Superior Court Case No.:  10 CE CG 01376<br><br>**STIPULATION AND ORDER FOR REMAND TO STATE COURT**<br><br>Action Filed:        April 19, 2010 |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff EVELYN HALL and Defendant THE PERMANENTE MEDICAL GROUP, INC., acting by and through their respective attorneys of record, that this case be remanded from Federal to State Court.  The parties request the Court enter an Order remanding this case to the Superior Court for the State of California, County of Fresno.  Plaintiff asserts that jurisdiction is not proper in Federal Court due to the lack of subject matter jurisdiction because the underlying Collective Bargaining Agreement that Defendant alleges exists, while a part of the defenses to be alleged by Defendant, is not addressed in the Complaint and therefore, there is no federal preemption.  Plaintiff's claims are therefore, from the face of the Complaint, not based on any Collective Bargaining Agreement.  Therefore, the parties request that the Court approve this Stipulation and order this case remanded to State Court.

1  This stipulation can be executed in counterparts.

Dated: July 2, 2010                                          PENNER, BRADLEY & SIMONIAN

                                                By:      /s/ Peter Sean Bradley
                                                         Peter Sean Bradley
                                                         Attorneys for Plaintiff
                                                         EVELYN HALL


Dated: July 2, 2010                                          McCORMICK, BARSTOW, SHEPPARD,
                                                             WAYTE & CARRUTH LLP


                                                By:      /s/ David R. McNamara
                                                         David R. McNamara
                                                         Christina M. Cusimano
                                                         Attorneys for Defendant
                                                         THE PERMANENTE MEDICAL
                                                         GROUP, INC.


**ORDER**

IT IS SO ORDERED THAT: This case is hereby remanded to Fresno County Superior Court.

Dated:  July 7, 2010

                                                __/S/ Lawrence J. O'Neill_____
                                                HONORABLE JUDGE OF THE DISTRICT COURT


85124/00029-1584555.v1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

2
STIPULATION AND [PROPOSED] ORDER FOR REMAND TO STATE COURT